UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Bradly T. Holloway,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 20-13120<br><br>Chapter: 7<br>Honorable Carol A. Doyle |

**Order Extending Deadline to Object to Exemptions**

This matter came on the motion of Deborah K. Ebner, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Bradly T. Holloway (the "Debtor") to extend time to object to the Debtor's exemptions (the "Motion");

IT IS HEREBY ORDERED THAT:

The Motion is granted.  The deadline for objecting to the Debtor's exemptions is extended through and including October 30, 2020.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 27, 2020

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com