| Information to identify the case: | |
|---|---|
| Debtor 1 **Bradly T Holloway** | Social Security number or ITIN **xxx–xx–1882** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN _ _ _ _ |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | |
| Case number: **20–13120** | |

# Order of Discharge                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bradly T Holloway

<u>September 29, 2020</u>                            **For the court:** <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                 United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 20-13120-CAD
Bradly T Holloway  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: dpruitt  Page 1 of 2
Date Rcvd: Sep 29, 2020  Form ID: 318  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bradly T Holloway, 965 West Spencer Court, Palatine, IL 60067-2206 |
| 28914604 | + | All Wheels Financial, Inc., c/o David J Axelrod, 1448 Old Skokie Rd., Highland Park, IL 60035-3040 |
| 28914610 | + | BMO Harris, c/o Howard & Howard, 200 S Michigan, Ste. 1100, Chicago, IL 60604-2461 |
| 28914608 | + | Bark Welding & Petro Svcs, c/o Abrams & Abrams, 180 W Washington St., Ste. 910, Chicago, IL 60602-2316 |
| 28914614 | + | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 28914616 | + | Gibbs Equipment & Towing, 101 Mulberry Dr., Glendive, MT 59330-3044 |
| 28914617 | + | Guaranty Solutions Recovery Fund, 1, c/o The Weininger Law Firm, LLC, 2 N LaSalle St., Ste. 1600, Chicago, IL 60602-4036 |
| 28914618 | + | Guaranty Solutions Recovery Fund, I, 1347 N Greenfield Rd., #103, Mesa, AZ 85205-4072 |
| 28914619 | + | H&S Ag Rentals, 43980 267th St, Bridgewater, SD 57319-6305 |
| 28914621 | + | Irwin Company, LLC, 965 Spener Ct., Palatine, IL 60067-2206 |
| 28914622 | + | Irwin Company, LLC, 965 W Spencer Ct, Palatine, IL 60067-2206 |
| 28914623 | + | Irwin Company, LLC, 965 W Spencer St., Palatine, IL 60067-2206 |
| 28914628 | + | Irwin Trucking, LLC, 965 W Spencer Ct, Palatine, IL 60067-2206 |
| 28914631 | + | Jacob B Harris, 330 N Wabash, Ste. 3300, Chicago, IL 60611-3604 |
| 28914633 | + | North Dakota Workforce Safety & Ins, Anne Jorgensen Green, 1600 E Centrury Ave, Ste 1, Bismarck, ND 58503-0649 |
| 28914635 | + | Paccar Financial Corp, c/o Chuhak & Tecson, 30 S Wacker Dr., Ste. 2600, Chicago, IL 60606-7512 |
| 28914639 | | Portfolio Recovery Assoc, LLC, c/o Sanjay Jutla et al, 120 Corp Blvd., Norfolk, VA 23502 |
| 28914640 | + | TRC Audit, 16W285 83rd St., Ste. C, Willowbrook, IL 60527-5873 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28914605 | + | Email/Text: jsc@renozahm.com | Sep 30 2020 00:15:00 | All Wheels Financial, Inc., c/o Reno Zahm, 2902 McFarland Rd., Ste 400, Rockford, IL 61107-6801 |
| 28914607 | | EDI: BANKAMER.COM | Sep 30 2020 03:38:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 28914609 | + | Email/Text: bk@blittandgaines.com | Sep 30 2020 00:14:00 | Blitt & Gaines, P.C., 661 Glenn Ave., Wheeling, IL 60090-6017 |
| 28914611 | + | EDI: CAPITALONE.COM | Sep 30 2020 03:38:00 | Capital One/best Buy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 28914613 | + | Email/Text: mediamanagers@clientservices.com | Sep 30 2020 00:13:00 | Client Services, Inc., 3451 S. Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 28914620 | + | EDI: IRS.COM | Sep 30 2020 03:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 28914612 | | EDI: JPMORGANCHASE | Sep 30 2020 03:38:00 | Chase Business Card Services, PO Box 15298, Wilmington, DE 19850 |
| 28914632 | | EDI: JPMORGANCHASE | Sep 30 2020 03:38:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 28914634 | + | Email/Text: pfc.bankruptcy.packages@paccar.com | | |

| Recip ID | | | | |
|---|---|---|---|---|
| 28914636 | + EDI: PRA.COM | | Sep 30 2020 00:15:00 | Paccar Financial Cor, 777 106th Ave Ne, Bellevue, WA 98004-5027 |
| 28914641 | EDI: USBANKARS.COM | | Sep 30 2020 03:38:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 28914642 | + EDI: USBANKARS.COM | | Sep 30 2020 03:38:00 | US Bank, PO Box 5227, Cincinnati, OH 45202 |
| | | | Sep 30 2020 03:38:00 | Us Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301-7441 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28914615 | *+ | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 28914624 | *+ | Irwin Company, LLC, 965 W Spencer Ct, Palatine, IL 60067-2206 |
| 28914625 | *+ | Irwin Company, LLC, 965 W Spencer Ct, Palatine, IL 60067-2206 |
| 28914626 | *+ | Irwin Company, LLC, 965 W Spencer Ct, Palatine, IL 60067-2206 |
| 28914627 | *+ | Irwin Company, LLC, 965 W Spencer Ct, Palatine, IL 60067-2206 |
| 28914629 | *+ | Irwin Trucking, LLC, 965 W Spencer Ct, Palatine, IL 60067-2206 |
| 28914630 | *+ | Irwin Trucking, LLC, 965 W Spencer Ct., Palatine, IL 60067-2206 |
| 28914637 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 28914638 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 28914603 | ##+ | Abrams & Abrams, P.C, 180 W Washington, Chicago, IL 60602-2316 |
| 28914606 | ##+ | Balboa Capital Corpora, 2010 Main St Ste 1100, Irvine, CA 92614-8250 |

TOTAL: 0 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020  Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah Kanner Ebner | dkebner@debnertrustee.com<br>dke@trustesolutions.net,IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com |
| Konstantine T. Sparagis | on behalf of Debtor 1 Bradly T Holloway gsparagi@yahoo.com<br>Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3